# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **HAROLD JOE BLACK**<br>**DOC # 111111** | **CIVIL ACTION NO. 06-1166**<br>**SECTION P** |
| **VS.** | **JUDGE TRIMBLE** |
| **ALLEN CORRECTIONAL CENTER, ET AL** | **MAGISTRATE JUDGE WILSON** |

## MEMORANDUM ORDER

Before the court is a *pro se* civil rights complaint filed by plaintiff Harold Joe Black, Louisiana Prisoner Number 111111. Plaintiff is an inmate in the custody of Louisiana's Department of Public Safety and Corrections; he is incarcerated at Allen Correctional Center, in Kinder, Louisiana.

Plaintiff asked to be allowed to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. §1915. [Doc. #6]. On September 15, 2006, his motion was granted. [Doc. #7]. Further review of the court records reveals that since 2001, plaintiff has filed at least twelve (12) lawsuits in this court and four of those were civil rights complaints that were dismissed as frivolous.[1]

28 U.S.C. §1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of

---

[1] See *Black v. Wilkinson, et al.*, 04cv2489 (W.D. LA. 2004); *Black v. Winn Correctional Center, et al.*, 04cv2532 (W.D. LA. 2004); *Black v. Forcht Wade Correctional Center, et al.*, 05cv1125 (W.D. LA. 2005); and, *Black v. Allen Correctional Center, et al.*, 06cv212 (W.D. LA. 2006). It is noted that 06cv212 was filed as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C.§ 2254 but the court determined that it was more properly construed as a civil rights matter.

the United States that was dismissed on the grounds that it is
frivolous, malicious, or fails to state a claim upon which relief may
be granted, unless the prisoner is under imminent danger of serious
physical injury.

Plaintiff is well aware of this provision. It has been invoked to deny him *in forma pauperis status* in at least two lawsuits filed in this district. See *Black v. Blanco, et al.* 1:06-cv-1089; and, *Black v. Louisiana, et al.*, 5:06-cv-930.

Plaintiff's present claims center around complaints that he is being exposed to smoke. He prays for declaratory and injunctive relief, and compensatory and punitive damages. He makes no factual allegations to support a finding that he is "...in imminent danger of serious injury..."

In short, plaintiff is not eligible to proceed *in forma pauperis* in this matter. Therefore,

**IT IS ORDERED** that plaintiff's *in forma pauperis* status [Doc. #7] is hereby **REVOKED** and **RESCINDED**;

**IT IS FURTHER ORDERED** that in order for this complaint to remain viable, plaintiff must pay the full filing fee of $350.00 within twenty (20) days from the date of this order. **FAILURE TO PAY THE FULL FILING FEE WILL RESULT IN THE PLEADINGS BEING STRICKEN FROM THE RECORD.**

**THUS DONE AND SIGNED** in Chambers, in Lake Charles, Louisiana this 29th day of November, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE