U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP 1 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOE BLACK | : | DOCKET NO. 06-1166 |
| VS. | : | JUDGE TRIMBLE |
| ALLEN CORRECTIONAL CENTER, ET AL | : | MAGISTRATE JUDGE WILSON |

### ORDER

Before the Court is an appeal of the Magistrate Judge decision entitled "Notice of Appeal" (doc. #19), wherein the petitioner appeals the Magistrate's order dated November 11, 2006 (doc. #9) which revoked and rescinded Petitioners' motion for leave to proceed in *forma pauperis*. The Court has reviewed Petitioner's appeal and finds that it lacks any merit. Accordingly, it is

**ORDERED** that the appeal to reverse the order of the Magistrate is hereby **DENIED**.

**THUS DONE AND SIGNED** in Chambers at Lake Charles, Louisiana, this ____ day of September, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE